PROB 12C
ED/AR (08/2022)

# United States District Court

### for the

### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 22 2025

TAMMY H. DOWNS, CLERK
By: _____
                        DEP CLERK

## SUPERSEDING PETITION
(Replacing previously filed petition, Docket Entry 23)

| | |
|---|---|
| Name of Offender: Perry Rivers | Case Number: 4:12CR00288-001 KGB |
| Name of Sentencing Judicial Officer: | Honorable Kristine G. Baker<br>Chief United States District Judge |
| Original Offense: | Distribution of Child Pornography |
| Date of Sentence: | June 13, 2013 |
| Original Sentence: | 144 months Bureau of Prisons followed by lifetime supervised release |
| Type of Supervision: Supervised Release | Date Supervision Commenced: November 6, 2021<br>Date Supervision Expires: Life |
| U. S. Probation Officer: Krista Winchester | Asst. U.S. Attorney: Lauren Eldridge | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☐ To issue a Warrant, deny the Petition (Docket Entry 23) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To deny the Petition (Docket Entry 23) as moot and Supersede with this Petition to be Filed Under Seal
☐ To issue a Summons and deny the Petition (Docket Entry 23) as moot
☒ To deny the Petition (Docket Entry 23) as moot and Supersede with this Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | The defendant shall not commit another federal, state, or local crime. |
| 2 | Special | Mr. Rivers shall not purchase, possess, subscribe, view, listen to, or use any media forms containing pornographic images or sexually oriented materials including but not limited to written, audio, visual depictions, such as pornographic books, magazines, literature, videos, CD's, DVD's, digital media, or photographs. This includes material containing "sexually explicit conduct" as defined in 18 U.S.C. 2256(2). |

Prob 12C - 2 - Superseding Petition

Name of Offender:  Perry Rivers Case Number:  4:12CR00288-001

| | | | |
|---|---|---|---|
| 3 | Special | | **Mr. Rivers shall not own or use any computer or device (whether or not equipped with a modem or access to the Internet) at any location without first receiving written permission from the probation officer. This includes access through any Internet service provider; bulletin board system; gaming system, device, or console; online social networking activities; any public or private computer network system; cell phone; or any other remote device capable of Internet connection.** |
| | | | On June 20, 2024, Mr. Rivers violated conditions of supervised release he was found to be in possession of an unmonitored Internet capable device without approval. Mr. Rivers admitted to searching and viewing both adult and child pornography daily, with the most recent instance being on June 19, 2024. A forensic analysis conducted on the confiscated device proved Mr. River's disclosure to be true as the device contained images of minor children engaged in a sexually explicit manner as evidenced by Mr. River's indictment by the Eastern District of Arkansas in Case No.: 4:25CR00151- DPM for Possession of Child Pornography. |
| 4 | Special | | **Mr. Rivers shall not utilize or maintain any memberships or accounts of any social networking websites that allow minor children membership, a profile, an account, or webpage without prior written approval of the probation officer.** |
| | | | On June 20, 2024, Mr. Rivers violated his conditions of supervised release when he admitted to utilizing an unmonitored Internet capable cell phone to access YouTube. Further, Mr. Rivers reported he was using the email address janiceadams34st@gmail.com. |

I declare under penalty of perjury that the foregoing is true and correct.

*Krista Winchester* (signature)
Krista Winchester
U.S. Probation Officer

Executed on   August 18, 2025

Approved by:

*Brenna E. Crow* (signature)
Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

*Lauren Eldridge* (signature)
Lauren Eldridge
Assistant U.S. Attorney

Executed on   8/20/25

Prob 12C — - 3 - — Superseding Petition

Name of Offender: Perry Rivers                                  Case Number: 4:12CR00288-001

THE COURT ORDERS that this document be filed ☐ under seal ☒ <u>as a public document</u>, and
☐    a Warrant be issued, Petition (Docket Entry 23) is denied as moot, and directing this Petition be Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only).
☐    a Summons be issued, and Petition (Docket Entry 23) is denied as moot.
☒    the Petition (Docket Entry 23) is denied as moot and is Superseded by this Petition.
☐    Other:

_____                      _____
Honorable Kristine G. Baker                                  Date: August 22, 2025
United States District Judge